UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )   NO. CR-05-2076-LRS
                             )
     v.                      )   ORDER MODIFYING
                             )   CONDITIONS OF RELEASE
                             )
DAMON LEE NITSCHE            )
                             )
              Defendant.     )
_____)
```

On August 26, 2005, this court held a bail review hearing. Gregory Shogren, Esq., appeared for the government. Defendant was present with counsel Anne Walstrom, Esq.

The defendant moved to amend his conditions of release.

The government did not object to release on conditions as set forth in the pretrial service report.

The Court **granted** the defendant's motion for modification of release (Ct. Rec. 26).

**IT IS ORDERED**:

1. That the bond ordered previously is modified as follows; the Defendant must post a property bond (pickup truck and motor home titles). The title to the pickup truck shall be delivered to the Clerk of the Court prior to defendant being released from

ORDER MODIFYING CONDITIONS
OF RELEASE - 1

1 custody.  The title to the motor home shall be delivered to the
2 Clerk of the Court within two weeks of being released.  If the
3 defendant is unable to deliver the title of the motor home, he
4 must report to the U.S. Marshal.
5      2.   That Defendant's son, Damon Nitsche, shall retain in his
6 custody, all of the keys to the motor home.
7      3.   The Defendant shall reside in the motor home located at
8 his son's address in Selah, WA, and shall not move the motor home
9 from that location or change his residence without prior written
10 permission from his probation officer.
11     4.   Defendant shall submit to urinalysis as requested by his
12 probation officer and shall submit to drug/alcohol evaluation
13 and comply with the resulting recommendations.
14     5.   The Defendant shall comply with all orders and/or
15 conditions of release of any state, district or municipal court.
16     6.   The Defendant shall have no contact, directly or
17 indirectly, with his former wife.
18     7.   All previous conditions imposed in the Court's Order
19 Setting Conditions of Release shall remain in full force and
20 effect.
21     DATED this 16th day of August, 2005.

                                   s/Michael W. Leavitt
                              United States Magistrate Judge

ORDER MODIFYING CONDITIONS
OF RELEASE - 2